**UNITED STATES of America,**

v.

**Michael CONNOR, Appellant.**

No. 01–3017.

United States Court of Appeals, Third Circuit.

Submitted Under Third Circuit L.A.R. 34.1(a) April 12, 2002.

Opinion Filed April 24, 2002.

Before McKEE and FUENTES, Circuit Judges and POGUE, Judge.

OPINION OF THE COURT

FUENTES, Circuit Judge.

Appellant Michael Connor pled guilty to one count of possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g). The District Court sentenced Connor to 75 months imprisonment. Connor's sole argument on appeal is that the felon-in-possession statute is unconstitutional because the statute exceeds Congress's authority under the Commerce Clause.

As Connor acknowledges, this Court has upheld the constitutionality of § 922(g) against the same arguments Connor advances. See *United States v. Singletary,* 268 F.3d 196 (3d Cir.2001). Connor's appeal therefore lacks merit.

We AFFIRM the judgment of the District Court.